# Court of Appeals
# of the State of Georgia

ATLANTA,  September 13, 2019

*The Court of Appeals hereby passes the following order:*

**A20D0049. GIOVONNTE MADDOX v. THE STATE.**

In 2011, Giovonnte Maddox pled guilty to one count of armed robbery, two counts of aggravated assault, and one count of kidnapping. It does not appear that Maddox's conviction has been the subject of a direct appeal. In June 2019, Maddox filed a "supplemental out-of-time appeal motion," in which he requested leave to file an out-of-time appeal. The trial court denied Maddox's request on June 19, 2019, and Maddox filed this application for discretionary appeal on August 23, 2019. We lack jurisdiction because the application is untimely.

An application for discretionary appeal must be filed within 30 days of the entry of the order or judgment to be appealed. See OCGA § 5-6-35 (d). This filing deadline is jurisdictional, and this Court is unable to accept an untimely application. See *Crosson v. Conway*, 291 Ga. 220, 220-221 (1) (728 SE2d 617) (2012). The denial of a motion for out-of-time appeal is directly appealable when the criminal conviction at issue has not been the subject of direct appeal. See *Simmons v. State*, 276 Ga. 525, 525 n. 2 (579 SE2d 735) (2003).

Ordinarily, when a party applies for discretionary review of a directly appealable order, we grant the application under OCGA § 5-6-35 (j). However, to fall within this general rule the application must be filed within 30 days of entry of the order or judgment to be appealed. See OCGA § 5-6-35 (d), (j). Here, Maddox filed his application 65 days after the trial court's order was entered.

Accordingly, the application is untimely and is hereby DISMISSED for lack of jurisdiction.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* _09/13/2019_
*I certify that the above is a true extract from* the minutes of the Court of Appeals of Georgia.
*Witness my signature and the seal of said court* hereto affixed the day and year last above written.

_Stephen E. Castlen_ , *Clerk.*